**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kyron William GEANES, Defendant–**
**Appellant.**

No. 10–7436.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 5, 2011.

Kyron William Geanes, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyron Geanes appeals the district court's order denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have re-viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Geanes,* 1:04–cr–00425–LMB–1 (E.D.Va. Sept. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*